**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | | |
|---|---|---|
| ANTHONY BERRY,<br><br>Plaintiff,<br><br>v.<br><br>WERNER ENTERPRISES, INC. AND WALMART, INC.,<br><br>Defendants. | ) | **C.A. NO. 9:26-CV-2409-RMG**<br><br>**DEFENDANT WERNER ENTERPRISES, INC.'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

Defendant Werner Enterprises, Inc. answers Local Rule 26.01 Interrogatories as follows:

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER: None known at this time.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER: Jury, as requested by Plaintiff.**

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER: Werner Enterprises, Inc. is a Nebraska corporation and a publicly-owned entity. Werner Enterprises, Inc. is not a parent, subsidiary, partner or affiliate of any publicly-owned companies. One publicly-owned company owns 10 percent or more of the outstanding shares of Werner Enterprises, Inc: (BlackRock; 10.80%).**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER: Werner Enterprises, Inc. does not challenge the appropriateness of the division.**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases; arise from the same or identical transaction, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: Werner Enterprises, Inc. is not aware of any related matters.**

(F) [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER: Werner Enterprises, Inc. is properly identified.**

(G) [Defendants only] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER: At this time, no other such are known. Werner Enterprises, Inc. also craves reference to its Answer, and it reserves the right to supplement this response.**

(H) Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of - every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later even occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER: Werner Enterprises, Inc. is a Nebraska corporation with a principal place of business located at 14507 Frontier Road, Omaha, NE 68318.**

CLEMENT RIVERS, LLP

By: *s/Duke R. Highfield*
Duke R. Highfield, FedID#5654
Victoria L. Anderson, FedID#11708
Robert P. Gruber, FedID#13857
P.O. Box 993
Charleston, SC 29401
(843) 720-5456
dhighfield@ycrlaw.com
tanderson@ycrlaw.com
rgruber@ycrlaw.com
Attorneys for Defendant Werner Enterprises, Inc.

Date: 9/2/2026