UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Anthony Berry,<br><br>Plaintiff,<br><br>v.<br><br>Werner Enterprises, Inc. and Walmart, Inc.,<br><br>Defendant. | C.A. No.: 9:26-cv-2409-RMG |

**DEFENDANT WALMART, INC.'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES**

Defendants Walmart, Inc. (hereinafter referred to as "Defendant") submits the following answers to the Court's interrogatories pursuant to Rule 26.01 of the Local Civil Rules of the United States District Court for the District of South Carolina.

**(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.**

**ANSWER:**

Defendant is not aware of any person or entity with a subrogation interest in this matter.

**(B) As to each claim, state whether it should be tried jury or nonjury and why.**

**ANSWER:**

This lawsuit arises from an automobile accident on Bluffton Road in Beaufort County, South Carolina. Plaintiffs have asserted claims against the Defendants for negligence arising out

of the accident. The claims will involve questions of fact as to liability and damages to be tried before a jury.

**(C) State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.**

**ANSWER:**

Defendant is a publicly-owned company with no parent corporation. Defendant does not parent any other publicly-owned companies or own any other publicly-owned companies.

**(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).**

**ANSWER:**

This lawsuit was filed in the Beaufort Division of the United States District Court for the District of South Carolina as the collision at issue in this matter occurred in Beaufort County, South Carolina. Defendant does not contest or challenge the appropriateness of the division at this time.

**(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that *may* be related regardless of whether they are still pending. Whether cases *are* related such that they**

**should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.**

**ANSWER:**

This lawsuit is not related in whole or in part to any other lawsuit filed in this district to Defendant's knowledge.

**(F) If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

**ANSWER:**

Defendant is properly identified.

**(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

**ANSWER:**

It is the position of Defendant that plaintiff or other co-defendants bear some responsibility for the accident from which this matter arises. Defendant believes discovery will likely reveal the extent of this responsibility. Defendant is not currently making a claim of liability against any other individuals or companies. Defendant reserves their right to do so, however.

**(H) In an action in which jurisdiction is based on diversity under 28 U.S.C § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – each individual or entity whose citizenship is attributed to that party.**

**ANSWER:**

Anthony Berry – County of Beaufort, State of South Carolina

Werner Enterprises, Inc. – County of Douglas, State of Nebraska

Walmart, Inc. – Delaware Corporation with principal place of business located at 811 Excellence Drive, Bentonville, Arkansas 72716-0160

**GALLIVAN, WHITE & BOYD, P.A.**

By: *s/ Michael W. Rabb*

Michael W. Rabb (Fed. Bar No. 13129)
55 Beattie Place, Suite 1200
Post Office Box 10589 (29603)
Greenville, SC 29601
Telephone: (864) 271-5438
Facsimile: (864) 271-7502
mrabb@gwblawfirm.com

Attorneys for Defendant Walmart, Inc.

September 9, 2026
Greenville, SC