**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | | |
|---|---|---|
| ANTHONY BERRY,<br><br>PLAINTIFF,<br><br>vs.<br><br>WERNER ENTERPRISES, INC. AND WALMART, INC.,<br><br>DEFENDANTS. | ) | **C.A. NO. 9:26-CV-2409-RMG**<br><br>**CONSENT MOTION AND ORDER SUBSTITUTING COUNSEL** |

Based on the consent of the undersigned counsel, **IT IS HEREBY ORDERED** that Duke R. Highfield, Esquire and Clement Rivers, LLP are hereby substituted for Michael Rabb, Esquire and Gallivan White & Boyd P.A, as attorneys for Defendant Walmart, Inc. in the above-captioned matter. Defendant Werner Enterprises, Inc. unconditionally accepts the tender of defense pursuant to the terms of the Transportation Agreement with Walmart, Inc.

NOW THEREFORE it is ordered, adjudged and decreed that such substitution of counsel is approved and that Clement Rivers, LLP shall serve as sole counsel for the Defendants henceforth.

SO ORDERED.

______________________________
Judge Gergel

Charleston, South Carolina

____________________, 2026.

WE CONSENT:

GALLIVAN, WHITE & BOYD P.A

By *s/Michael Rabb*

Michael Rabb, Fed Bar ID 13129
mrabb@gwblawfirm.com
55 Beattie Place, Suite 1200
Greenville, SC 29601
Attorney for Walmart, Inc.

WE MOVE AND CONSENT:

**CLEMENT RIVERS, LLP**

By *s/Duke R. Highfield*

Duke R. Highfield, Fed Bar ID 5654
dhighfield@ycrlaw.com
25 Calhoun Street, Suite 400
P. O. Box 993
Charleston, SC 29402
(843) 720-5456
Attorney for the Defendants