**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | | |
|---|---|---|
| ANTHONY BERRY,<br><br>PLAINTIFF,<br><br>vs.<br><br>WERNER ENTERPRISES, INC. AND WALMART, INC.,<br><br>DEFENDANTS. | ) | **C.A. NO. 9:26-CV-2409-BHH**<br><br>**ORDER SUBSTITUTING COUNSEL** |

Based on the consent of the undersigned counsel, **IT IS HEREBY ORDERED** that Duke R. Highfield, Esquire and Clement Rivers, LLP are hereby substituted for Michael Rabb, Esquire and Gallivan White & Boyd P.A, as attorneys for Defendant Walmart, Inc. in the above-captioned matter. Defendant Werner Enterprises, Inc. unconditionally accepts the tender of defense pursuant to the terms of the Transportation Agreement with Walmart, Inc.

NOW THEREFORE it is ordered, adjudged and decreed that such substitution of counsel is approved and that Clement Rivers, LLP shall serve as sole counsel for the Defendants henceforth.

IT IS SO ORDERED.

s/Bruce Howe Hendricks
Bruce Howe Hendricks
United States District Judge

Charleston, South Carolina

October 13th, 2026.