**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | | |
|---|---|---|
| ANTHONY BERRY,<br><br>PLAINTIFF,<br><br>vs.<br><br>WERNER ENTERPRISES, INC. AND WALMART, INC.,<br><br>DEFENDANTS. | ) | **C.A. NO. 9:26-CV-02409-BHH**<br><br><br><br>**DEFENDANTS' DISCOVERY PLAN** |

Defendants Werner Enterprises, Inc. and Walmart, Inc. propose a discovery plan pursuant to Rule 26(f) as follows:

1. What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under Rule 26(a)(1) were made or will be made.

Response: The parties have submitted a proposed consent amended scheduling order.

2. The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues.

Response: Discovery is needed on liability and damages, and no phases or limitations are requested.

3. Any issues relating to disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.

Response: At this time, the Defendants are not aware of any such issues.

4. Any issues relating to claims of privilege or of protection as trial-preparation material, including – if the parties agree on a procedure to assert such claims after production – whether to ask the court to include their agreement in an order.

Response: At this time, the Defendants are not aware of any such issues.

5. What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.

Response: At this time, the Defendants are not requesting any such limitations.

6. Any other orders that should be entered by the court under Rule 26(c) or under Rule 16(b) and (c).

Response: The parties have submitted a consent amended scheduling order for the court's consideration.

CLEMENT RIVERS, LLP

By: *s/Duke R. Highfield*
Duke R. Highfield, Federal ID 5654
Victoria L. Anderson, Federal ID 11708
Robert P. Gruber, Federal ID 13857
25 Calhoun Street, Suite 400
Charleston, SC 29401
(843) 720-5456
dhighfield@ycrlaw.com
tanderson@ycrlaw.com
rgruber@ycrlaw.com
Attorneys for Defendants

Charleston, South Carolina

Dated: October 16, 2026